AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| ABIGAIL CIHAK, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 12 C 10418 |
| THE CITY OF CHICAGO, et. Al., | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss is granted with respect to the Section 1983 and *Monell* claims. Defendants' motion to dismiss remaining state law claims is denied without prejudice.

Thomas G. Bruton, Clerk of Court

Date: 7/31/2013                      ___Michael Wing_____
                                                   /s/ Michael A. Wing, Deputy Clerk